# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

No. 1D2023-2715

———————————————

JESSE MARTINEZ,

    Appellant,

v.

STATE OF FLORIDA,

    Appellee.

———————————————

On appeal from the Circuit Court for Alachua County.
James M. Colaw, Judge.

June 26, 2024

PER CURIAM.

    AFFIRMED. *See Dawson v. State*, 816 So. 2d 1123 (Fla. 1st DCA 2002).

B.L. THOMAS, RAY, and KELSEY, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

Jesse Martinez, pro se, Appellant.

Ashley Moody, Attorney General, and Michael Layton Schaub, Assistant Attorney General, Tallahassee, for Appellee.